In the Matter of the Estate of SOPHIE PIEL, Deceased. WALTER PIEL, as Executor of SOPHIE PIEL, Deceased, and ELMER E. WIGG, Individually and as Executor, Appellants; SOPHIE P. PINKNEY et al., Respondents.

Argued October 17, 1940; decided November 13, 1940.

*Frederick E. Crane, Brent W. Blythe* and *Edward J. Hogarty* for appellants.

*H. H. Nordlinger, A. Paul Loshen, William J. Navin* and *Leonard Lazarus* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.